JCAB

FILED
OCT 25 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNSEALED PER ORDER OF COURT

SEALED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO.: 17MJ3994 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18, U.S.C. §2422(b) – Attempted Enticement of Minor |
| ISAIAH SMALLWOOD-JACKSON, | |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

On or about and between September 16, 2017, and September 17, 2017, within the Southern District of California, defendant Isaiah Smallwood-JACKSON, using a facility and means of interstate and foreign commerce, including the telephone, did knowingly attempt to persuade, induce, entice, and coerce, an individual whom he believed was under the age of 18 to engage in unlawful sexual activity for which a person could be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Arlo J. Duczakowski, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this **25** day of October, 2017.

_____
HON. WILLIAM V. GALLO
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the San Diego, California office. I have been employed by the FBI as a SA since March 2009. I am currently assigned to the North County Resident Agency (NCRA) as the FBI Child Exploitation Task Force Coordinator for North San Diego County. I am also assigned to the San Diego Internet Crimes Against Children (ICAC) Task Force. This complaint is based on my own investigation and on information I received from other law enforcement officers.

On or about September 16, 2017, a minor female residing in Oceanside, California, within the Southern District of California, began "chatting" online with another individual using the account "Logan121261" and the user name "Logan" through a mobile application called "Spotafriend."[1] "Logan" listed his age as 17 on

---

[1] Spotafriend's official website states it is an application "Built for teens" and designed "for meeting new friends." The website states the application "is not a teen dating app, it's the new way to Make friends."

the application, but in the description in his profile he noted "(must be open minded) I'm actually 21." The MF, in her profile on Spotafriend, indicated she was 14 years old. The individual identified as "Logan" was later identified by law enforcement as described below as Isaiah Smallwood-JACKSON.

Shortly after beginning their conversation, on September 16, 2017, JACKSON asked MF if she read his "bio," which stated JACKSON was 21 years of age. MF asked "So your 21?" JACKSON responded "Yes." MF asked JACKSON if it was bad that she still wanted to "cuddle" with him. JACKSON responded, "Not at all, is it bad that I don't care about your age?"

JACKSON gave MF his phone number, and the two continued their conversation on text messaging. Shortly after their text conversation began, JACKSON asked MF to send him pictures. MF sent JACKSON three photographs of her, all of which she was fully clothed. JACKSON then said, "…so I know you said to not get to touchy but I'm honestly dying to kiss you." The conversation continued:

| From | Content |
|---|---|
| MF | Well I don't mind a kiss |
| JACKSON | Aww perfect (kissing emoji) |
| MF | Well I don't mind you getting a little touchy now |
| JACKSON | Ahh okay, how so? Where would you like me to touch you? |
| MF | Well maybe if I was in the mood.. you could touch me down there |
| JACKSON | I'm pretty sure i could get you in the mood.. would you want me to use my hands or my mouth? |
| MF | Well I can only fit a finger inside of me |
| JACKSON | Ohh myy.. we might have to try to open you up a little.. are you a virgin? |
| | I'll send you a pic of my cock in exchange |

3

| | |
|---|---|
| MF | Yeah I am |
| JACKSON | Have you ever had a tongue down there? |
| MF | No I haven't but I want to really badly |
| JACKSON | I will definitely do that for you with so much pleasure |
| MF | You are turning me on a little bit.. |
| JACKSON | Oh am I..? The thought of me kissing your sweet lips.. kissing down your neck.. sliding my hand up your shirt.. taking it off of you to kiss down further.. kissing across your chest.. sucking licking pleasuring each nipple… then sliding my hands between your legs slipping inside your pants.. sliding one finger inside you stretching it a little to fit another.. then fully taking your pants off kissing my way down there sliding my tongue inside you.. licking kissing sucking loving.. |

Later in the conversation, MF asked JACKSON if she could send him a photo showing a little bit of skin. MF sent JACKSON a photograph of herself from the bottom of her bare breasts to the top of her eyes, with a heart emoji covering her left nipple and the right nipple not visible in the photograph. Soon after, JACKSON asked MF for her address, to which MF responded, "Are you sure? I don't know.." JACKSON responded, "I promise baby it will be so worth it." MF told JACKSON that she was nervous, but JACKSON instructed her to "just focus on being pleasured…"

MF told JACKSON that she lived in Oceanside, and eventually provided him with her address. In that same message, MF told JACKSON not to come, because she was still thinking about it. MF then told JACKSON that she was tired, and asked if she could go to bed.

On September 17, 2017, MF and JACKSON resumed their text conversation. Shortly after the text messaging resumed, JACKSON asked, "Okay cuteness, so are you ready to loose your virginity?" To which, MF responded, "Wait are we going to have sex?" JACKSON told MF they would only have sex if she was ready and wanted to. JACKSON asked if he didn't have to use condoms when they have sex.

4

MF asked JACKSON if she would get pregnant if they didn't use condoms. JACKSON told her that she wouldn't. MF then asked, "Then what are condoms for then?" JACKSON replied, "For people who don't know what they're doing."

As the conversation continued, JACKSON asked MF to take photographs of herself:

| From | Content |
| --- | --- |
| JACKSON | Do you think you could take more pictures for me? |
| MF | Sure what kind do you want? |
| JACKSON | Umm could you take some of you taking your off your cothes? Like the first pic with a shirt on then the next without the next without a bra and then down there |

MF then sent JACKSON a nude photograph of herself exposing her breasts and pubic area. JACKSON stated, "Fuck baby can you open your legs for me? MF then sent JACKSON two photographs depicting close-up images of her vagina and anus.

As the conversation continued, JACKSON and MF discussed meeting up once MF got out of school. MF asked JACKSON if they met up, would they have to have sex. JACKSON told her they didn't have to, and said they could do anything that makes MF happy.

At that point, MF stated multiple times that she was nervous. The conversation then continued:

| From | Content |
| --- | --- |
| MF | Are you nervous? Or just me lol |
| JACKSON | Lol not really I'm more excited than anything |
| JACKSON | But I'm also a military cop so nothing bothers me |
| MF | Oh you are? |
| JACKSON | I amm |
| MF | Oh I didn't know that's really cool |
| MF | Hm are you sure that we should met? |
| JACKSON | Yes baby I'm more than sure |
| JACKSON | Can we please? |
| MF | Hm |

| JACKSON | Please baby I'll make it so worth it and I'll be able to ask you to be mine |
| --- | --- |
| MF | Idk.. |
| JACKSON | Can I just come and you decide when I get there? |
| MF | Hm if you want to I don't want to waste your time though |
| JACKSON | Do you really think you won't come out? |
| MF | Idk I want to but I'm nervous |
| JACKSON | What can I do? |
| JACKSON | Please I'm dying to see you |
| MF | I know it's hard to say yes because I only known you for 2 days over the phone |
| JACKSON | Take a leap of faith? |

MF eventually agreed to allow JACKSON to come to her house. JACKSON told MF that he arrived at her house, and MF told him to go to the side of her house. MF told JACKSON that he had to be quiet. Approximately 25 minutes later, JACKSON sent MF a text message stating, "I didn't hurt you did I?" MF responded, "A little." JACKSON then told MF, "I am so sorry, next time tell me to stop and I'll stop whatever I'm doing that s hurting you." The MF reported to law enforcement that she had been sexually assaulted by JACKSON.

On September 21, 2017, Oceanside Police Department Detective Jonathan Boone showed MF a photographic line-up. MF positively identified JACKSON, who she only knew as "Logan," as the person with whom she corresponded. Further, a review of the MF's cellular phone showed a profile for "Logan" in the Spotafriend application, and a photograph of JACKSON.

On September 21, 2017, Oceanside Police Department arrested JACKSON and charged him with violation of California Penal Code relating to the alleged sexual assault on MF. JACKSON was advised of his Miranda rights and agreed to waive those rights and make a statement. JACKSON admitted to talking with girls under the age of 18 on the Spotafriend application. JACKSON acknowledged communicating with MF, and confirmed that he knew MF was 14 years old.

6

JACKSON admitted that he went to MF's house and engaged in sexual activity with the MF, including oral sex and digital penetration.

As set forth herein, JACKSON used the Internet-based messaging application "Spotafriend" to communicate with the MF over the Internet, to engage in the conduct which forms the basis of these charges. Based upon my training and experience, I know that messaging in this manner requires the transmission of data through the Internet, which is a means and facility of interstate commerce.

### REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee or cause harm to himself or others.