1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3    Before The Honorable WILLIAM V. GALLO, Magistrate Judge

4

5    UNITED STATES OF AMERICA,            )
                                          )
6                    Plaintiff,           )    CASE NO.
                                          )    3:17-cr-3929-BAS
7       vs.                               )    3:18-cr-1805-BAS
                                          )
8    ISAIAH SMALLWOOD-JACKSON,            )
                                          )
9                    Defendant.           )
     _____)
10                                             San Diego,
                                               Thursday, April 5, 2018
11

12         TRANSCRIPT OF OFFICIAL ELECTRONIC SOUND RECORDING
                            OF PROCEEDINGS
13

14            Liberty Court Player 2:17-2:28 p.m.

15   APPEARANCES:

16   For Plaintiff:     UNITED STATES ATTORNEY'S OFFICE
                        880 Front Street
17                      San Diego, California 92101
                        BY: THOMAS ENDICOTT
18                          ASSISTANT UNITED STATES ATTORNEY

19

20   For Defendant:     DiIORIO & HALL
                        964 Fifth Avenue,
21                      The Granger Building, Suite 214
                        San Diego, California  92101
22                      BY: DEBRA ANN DiIORIO
                            ATTORNEY AT LAW

23

24

25   Transcribed By:   Ellen L. Simone

                (Proceedings begin at 2:17 p.m.)

                THE CLERK: Numbers 14 and 15.  17cr3929 and 18cr1805. United States of America v. Isaiah Smallwood Jackson.

                MS. DiIORIO: Good afternoon, Your Honor.  Deborah DiIorio on behalf of Isaiah Smallwood Jackson, 1805.

                MR. ENDICOTT: Good afternoon, Your Honor.  Thomas Endicott for the United States on these matters.

                (Matters not related to the present matter were discussed.)

                THE COURT: Gentlemen, good afternoon.  It appears that an indictment has been returned against each of you, and you'll be arraigned on the indictment at this time.

                (Matters not related to the present matter were discussed.)

                THE CLERK: Isaiah Smallwood Jackson, is that your true name?

                THE DEFENDANT: Yes.

                THE CLERK: You are hereby informed that a two-count indictment has been filed charging you with 18 U.S.C. 2251, 18 U.S.C. 2422, as well as 18 U.S.C. 2253 and 2428.

                Counsel for each defendant, have you received a copy of the indictment and do you waive further reading?

                (Matters not related to the present matter were discussed.)

                MS. DiIORIO: Yes, and so moved as to Mr. Smallwood

|   |   |
|---|---|
| 1 | Jackson. |
| 2 | THE CLERK: You are each further informed that you |
| 3 | have the right to be represented by counsel at all proceedings |
| 4 | before the Court. |
| 5 | You have the right to remain silent. |
| 6 | You have the right to a trial by jury. |
| 7 | You have the right to confront and cross examine any |
| 8 | witnesses who testify against you, and you have the right to |
| 9 | have witness subpoenaed to testify in your behalf. |
| 10 | (Matters not related to the present matter were |
| 11 | discussed.) |
| 12 | THE CLERK: Mr. Jackson, how do you now plead to |
| 13 | Counts One and Two of the indictment; guilty or not guilty? |
| 14 | MS. DiIORIO: Please enter a not guilty plea for |
| 15 | Mr. Jackson. |
| 16 | THE COURT: Gentlemen, a not guilty plea is entered |
| 17 | for each of you at this time. |
| 18 | (Matters not related to the present matter were |
| 19 | discussed.) |
| 20 | THE COURT: Mr. Smallwood, you are to appear before |
| 21 | Judge Bashant for a motion hearing/trial setting on April 16th |
| 22 | at 2:00 p.m. |
| 23 | Mr. Smallwood Jackson, do you understand? |
| 24 | THE DEFENDANT: Yes. |
| 25 | THE COURT: Each of you will continue to be |

```
 1  represented by the attorneys who were previously appointed to
 2  represent you on the underlying complaint and information, and
 3  any bond or detention order that was previously entered will
 4  remain in full force and effect, absent any objection.
 5           Any objection?
 6           (Matters not related to the present matter were
 7  discussed.)
 8           MS. DiIORIO:  Your Honor, as to Mr. Smallwood Jackson,
 9  he's presently being detained without prejudice.  He's informed
10  me previously that he would like to revisit that.  We'll
11  contact chambers when we're prepared.
12           THE COURT:  All right.  You'll be able to do that.
13           All right.  Is there a motion from the government?
14           MR. ENDICOTT:  Yes, Your Honor.  We'd move to dismiss
15  the underlying information on all three cases.
16           THE COURT:  Any objection?
17           (Matters not related to the present matter were
18  discussed.)
19           MS. DiIORIO:  No, Your Honor.
20           THE COURT:  All right.  That will be granted.
21           Anything else at this time, counsel?
22           MS. DiIORIO:  No, Your Honor.
23           THE COURT:  All right, gentlemen.  That's all for
24  today.  Thank you.
25           (Proceedings adjourned at 2:28 p.m.)
```

# CERTIFICATE OF TRANSCRIBER

I certify that the foregoing is a true and correct transcription, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U.S. District Court, Southern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

DATE: October 24, 2019

_____/s/ Ellen L. Simone_____

Ellen L. Simone, RMR, CRR
Official Court Reporter